# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DOROTHY JOHNSON, an individual<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, and DOES 1 - 100, inclusive,<br><br>Defendant. | CASE No. 2:15-cv-06766-CAS-KLS<br><br>**[PROPOSED] JUDGMENT OF DISMISSAL**<br><br>Compl. Filed:   Sept. 2, 2015 |

On March 31, 2016, the Court issued an Order (Dkt. No. 26) granting the Motion to Dismiss Plaintiff's First Amended Complaint filed by Defendant Bank of America, N.A ("BANA").  In this Order, the Court granted BANA's Motion to Dismiss in its entirety and with prejudice.  Accordingly, good cause exists to enter judgment in this matter.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT:**

　　1.　　Judgment shall be, and hereby is, entered against Plaintiff Dorothy Johnson, and in favor of Defendant Bank of America, N.A.;

1

[PROPOSED] JUDGMENT OF DISMISSAL

2. Bank of America, N.A. is hereby dismissed from Plaintiff's action with prejudice;

3. Plaintiff shall take nothing against Bank of America, N.A.; and

4. Each side shall bear its own costs.

**IT IS SO ORDERED.**

DATED: April 1, 2016

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

2
[PROPOSED] JUDGMENT OF DISMISSAL